IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 03-00333-1 JSW<br>(C-05-3761-JSW) |
| v. | |
| BENJAMIN KERENSA, | **ORDER** |
|     Defendant. | |

On September 19, 2005, Benjamin Kerensa filed a motion pursuant to 28 U.S.C. § 2255 to vacate his sentence. On October 26, 2005, the Court issued an Order to Show Cause. On November 18, 2005, the Government filed its response to the Order to Show Cause. Mr. Kerensa's reply brief, if any, is due on or about December 19, 2005.

On November 23, 2005, Mr. Kerensa filed a "motion to order injunctive relief" in which he alleged that Cornell Companies, Inc. was "impeding and wilfully delaying his access to the courts," and was "obstructing his correspondence and delaying his mail." It is the Court's understanding that Mr. Kerensa is no longer residing at 111 Taylor Street, the residence run by Cornell Companies, Inc., and therefore the Court deems Mr. Kerensa's request to be moot.

Mr. Kerensa also requests an extension of time for his reply brief. That request is GRANTED, and Mr. Kerensa's reply brief shall be due by no later than January 17, 2006.

Mr. Kerensa also requests "appointment of new counsel." The Court shall address that matter on January 5, 2006, when Mr. Kerensa is scheduled to appear before this Court on another matter.

United States District Court
For the Northern District of California

1  The Court notes that Mr. Kerensa is no longer residing at 111 Taylor Street.
2  Accordingly, the Court HEREBY ORDERS the Government to serve a copy of this Order on
3  Mr. Kerensa.
4  **IT IS SO ORDERED.**
5  Dated:  December 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE