UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

         Plaintiff,

  v.

KERENSA,

         Defendant.

Case Number: CR03-00333 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elise Becker
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Suzanne Adele Luban
Attorney at Law
3758 Grand Ave. #4
Oakland, CA 94610

Dated: August 24, 2007

                                        Richard W. Wieking, Clerk
                                        By: Tracy Sutton, Deputy Clerk