IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BENJAMIN KERENSA,<br><br>    Defendant.<br>_____/ | No. CR 03-00333-1 JSW<br><br>**ORDER REQUIRING RESPONSE TO MOTION TO CORRECT SENTENCE RE RESTITUTION** |

On August 8, 2007, Defendant filed a motion to correct his sentence with respect to the Court's order regarding the payment of restitution. A certificate of service states that the Government was served with a copy of the motion.

The Court HEREBY ORDERS a response from the Government, to be submitted by no later than September 7, 2007. Mr. Kerensa may file a reply brief by no later than September 21, 2007.

**IT IS SO ORDERED.**

Dated: 8/24/07

                                            JEFFREY S. WHITE<br>
                                            UNITED STATES DISTRICT JUDGE