```
SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Defendant
BENJAMIN KERENSA
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> BENJAMIN KERENSA, ) <br> ) <br> Defendant. ) <br> _____ ) | D.C. No. CR 03-333-JSW <br> (San Francisco) <br><br> REPLY BRIEF BY DEFENDANT IN SUPPORT OF MOTION TO MODIFY RESTITUTION ORDER <br><br> Judge: Hon Jeffrey S. White |

  Defendant Benjamin Kerensa hereby replies to the government's response to his motion to modify the restitution order pursuant to 18 U.S.C. §3664(k).

  As is shown by Mr. Kerensa's declaration filed herewith, his economic circumstances have changed since this Court issued the order requiring payment of $5.00 minimum per month toward the restitution amount. At the time of the original sentencing, Mr. Kerensa was receiving monthly supplemental security income (SSI) payments as well as a small income from a part-time job. At the time of his 2005 release from the original prison term, SSI payments were reinstated immediately.

  However, since Mr. Kerensa's supervised release revocation and prison term, his SSI benefits were terminated, and he was required to re-apply and wait between 120 business days (after his application interview date of September 13, 2007) and as

long as a year to learn whether SSI payments will be reinstated, and to begin receiving the payments.

Mr. Kerensa is not currently employed, although he is actively seeking employment. He is completely without funds, apart from the food stamps he receives, which cannot be turned into cash or used for anything other than food. Even the $100 that he received on August 28, 2007 from Lompoc USP officials had to be used to pay for his bus ticket, since the prison failed to provide the ticket as promised prior to his release.[1] In his current economic situation, Mr. Kerensa is not able to pay even the nominal $5.00 monthly payments toward restitution ordered by this Court.

As the Court is well aware, Mr. Kerensa faces certain obstacles to his adjustment to life in the community. His adjustment and ability to secure and maintain employment and a healthy life-style will be hampered by additional anxiety over whether he may be prosecuted for being unable to pay $5.00 per month toward restitution.

Because Mr. Kerensa currently has no source of income to pay *any* amount toward restitution, and because pursuit by the government to make such payments will have an adverse impact on his mental health and his chances for successful readjustment, it is respectfully requested that this Court make the following orders:

1. Direct the U.S. Attorney's Office collections unit, known as the "FLU" (Financial Litigation Unit) not to contact Mr. Kerensa.

2. Modify the restitution payment schedule to order Mr. Kerensa to make nominal payments in the amount of $5.00 per month toward the restitution owed *only*

---

[1] AUSA Becker has assured defense counsel that the Bureau of Prisons will reimburse Mr. Kerensa for the cost of the bus ticket. Mr. Kerensa has contacted prison officials, who are going through what appears to be a great deal of bureaucratic red tape to simply issue a $100 refund. No check has so far been received.

<u>if</u> he is employed for at least two weeks of the month in which the payment is due or he otherwise reasonably able to make the payment without suffering hardship.

    3. Direct the United States Attorney's Office that before any further criminal charges may be filed against Mr. Kerensa for failure to pay restitution, AUSA Elise Becker or another criminal division AUSA familiar with this case shall conduct an investigation into whether such failure was willful that includes contacting counsel for Mr. Kerensa or Mr. Kerensa directly if he is no longer represented by counsel, and inquiring as to the reason for any failure to pay.

DATED: September 20, 2007

        Respectfully submitted,

        / S /   Suzanne A. Luban
        SUZANNE A. LUBAN
        Counsel for Mr. Kerensa