SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Defendant
BENJAMIN KERENSA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN KERENSA<br><br>Defendant. | D.C. No. CR 03-333-JSW<br>(San Francisco)<br><br>DECLARATION OF DEFENDANT<br><br><br><br>Judge: Hon Jeffrey S. White |

I, Benjamin Kerensa, hereby declare:

1. I am the defendant in the above-captioned case. I make this declaration in support of my request for this Court to modify the restitution payment schedule, pursuant to 18 U.S.C. §3664(k).

2. My economic circumstances have changed since this Court issued the order requiring me to pay $5.00 minimum per month toward the restitution amount.

3. At the time of the original sentencing, I was receiving monthly supplemental security income (SSI) payments. I had my own residence, and I was working part-time. When I was released from prison in 2005, SSI payments were reinstated immediately. I was receiving around $700 per month at that time. I was only out for almost a month, so I received about one payment. Since that time, my

supervised release was revoked and I served a sentence in prison for supervised release violations.

4. When I was released on August 28, 2007, the Lompoc USP officials did not provide me with a bus ticket as promised. I was given $100, which was promised in addition to the bus ticket and was supposed to be for food and to aid in my re-entry. The prison official releasing me told that I had to use this money to buy the bus ticket to Crescent City. The bus ticket cost $92.50, and I spent the remainder on food during my journey. Thus, I arrived at my aunt's home with no money.

5. The day after my release from prison this time, I applied for resumption of the SSI payments. The SSI office personnel told me that I would have to reapply rather than be allowed to simply resume receiving the previous SSI checks, and I was given an appointment to complete the application process by telephone on September 13, 2007. The woman who interviewed me advised me that my benefits will resume (if I am granted benefits) no sooner than 120 business days from September 13, 2007, and as long as a year from then if extensions are sought.

6. In the meantime, I am receiving food stamps in the form of a debit card worth $155 per month, and my medical care is covered by Medi-Cal. However, I currently have no source of income to pay any amount toward my restitution, even the nominal amount of $5.00 per month set by this Court.

7. I have been applying for work, as I am allowed to work part-time even when receiving SSI payments. So far, I have been unsuccessful in obtaining employment. In the meantime, I am volunteering at the Marine Mammal Center, caring for sea lions and other sea mammals. I am trying to keep a positive outlook.

8. While in prison, I learned about the "FLU," the U.S. Attorney's Office collections unit. Other inmates showed me letters they received trying to collect the restitution and penalty assessments that were due.

9. I am extremely anxious about being pursued by the FLU and possibly

BK

facing criminal liability for failing to make the payments this Court has ordered. I understand that AUSA Elise Becker will not be personally responsible to review any proposed criminal charges the FLU may recommend for failure to pay. This worry is adding to my already existing anxiety about trying to find work and not be a burden to my family. I am asking for the Court's help to alleviate this anxiety.

10. I fully intend to make payments whenever I have the money, but I cannot burden my family members, who have already done so much for me. My aunt is housing me and supervising my job search, but she does not have extra money and anyway I don't think it is right to ask her to help me pay my restitution. I am informed that I am not supposed to use the SSI money for payment of restitution.

11. I request that the Court modify my payment schedule to allow me to make nominal payments (meaning whenever I possibly can and in any amount possible) until such time as I have enough income to meet the existing schedule. I request that before any further charges would be filed for failure to pay restitution, AUSA Becker or someone in her office familiar with my case contact Ms. Luban and inquire as to the reasons for my failure (if any) to make payments, so that I can feel more secure in knowing that no criminal charges will be filed if I am able to establish that any failure to pay is not willful.

12. I appreciate the respect and concern the Court has shown me in the past, and I am trying to live up to expectations that I can live a productive and law-abiding life. I believe that my adjustment will be enhanced by the Court's alleviating the

////
////

anxiety that I am currently experiencing about being pursued by the FLU and subjected to criminal charges due solely to my poverty.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 14th day of September, 2007 at Crescent City, California.

*Benjamin I. Kerensa*
BENJAMIN KERENSA, Declarant

4

BK