IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN KERENSA,

    Defendant.

No. CR 03-00333-1 JSW

**ORDER REQUIRING RESPONSE TO MOTION TO CORRECT SENTENCE RE RESTITUTION**

The Court has received Defendant's Reply Brief in support of his motion to correct his sentence with respect to the Court's order regarding the payment of restitution. Based on the representations set forth in the reply, the Court believes a further response from the Government is warranted. Accordingly, the Court HEREBY ORDERS the Government to submit a supplemental response to the reply brief by no later than September 28, 2007. The Court shall then take the matter under advisement.

If the parties are able to come to a resolution of this issue before then, they should so notify the Court.

**IT IS SO ORDERED.**

Dated: September 20, 2007

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE