IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>BENJAMIN KERENSA,<br><br>         Defendant.<br>                                                                    / | No. CR 03-00333-1 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE AS MOOT MOTION TO MOTION TO CORRECT SENTENCE RE RESTITUTION** |

Based on the letter dated September 27, 2007 and filed on October 1, 2007, the Court HEREBY DENIES WITHOUT PREJUDICE AS MOOT Defendant's motion to correct sentence. This Order terminates docket number 119.

**IT IS SO ORDERED.**

Dated: October 10, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE