IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN KERENSA,<br><br>　　　　Defendant.<br>_____/ | No. CR 03-00333-1 JSW<br><br>**ORDER RE COMMUNICATION FROM DEFENDANT** |

On April 11, 2008, this Court received a phone call from Defendant requesting relief with respect alleged searches and seizures to which he is being subjected and in which he also requested assistance in updating information regarding this matter in the NCIC database. *Ex parte* telephone communications with the Court are not a proper basis by which to request relief. If Defendant seeks Court assistance with respect to the subject of his communication, he should put any such request in writing and shall serve a copy of such request upon counsel for the Government. Because the Court does not have a current address for Mr. Kerensa, it is serving this Order on counsel for Mr. Kerensa. Counsel is directed to serve a copy of this Order on Mr. Kerensa.

**IT IS SO ORDERED.**

Dated: April 15, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　U.S. Probation